## STATE OF CONNECTICUT *v.* ULISES RIVERA COLLAZO

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 651 (AC 28294), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided July 23, 2009

---

## EUGENIA MARTINO, ADMINISTRATRIX (ESTATE OF FRANCESCA M. BENEDETTO) *v.* AMANDA SCALZO, EXECUTRIX (ESTATE OF ZACARIAS DACOSTA, JR.), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 240 (AC 29205), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Juri E. Taalman,* in support of the petition.

Decided July 23, 2009

---

## PHILLIP WHITE *v.* COMMISSIONER OF CORRECTION

The petitioner Phillip White's petition for certification for appeal from the Appellate Court, 113 Conn. App. 901 (AC 29359), is denied.

*Michael D. Day,* special public defender, in support of the petition.

*Frederick W. Fawcett,* in opposition.

Decided July 23, 2009